PALMER, Respondent, *v.* MACKUSICK, Appellant.

(*Common Pleas of New York City and County, General Term.* November 19, 1890.)

Appeal from ninth district court.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*H. C. De Witt,* for appellant.    *I. D. Beals,* for respondent.

No opinion. Judgment affirmed, with costs.

---

PRUDEN, Respondent, *v.* MACHIEN, Appellant.

(*Common Pleas of New York City and County, General Term.* November 19, 1890.)

Appeal from eleventh district court.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*C. G. F. Wahle, Jr.,* for appellant.    *Phillips & Avery,* for respondent.

No opinion. Judgment affirmed, with costs.

---

RICCITELLI, Appellant, *v.* BERNABO, Respondent.

(*Common Pleas of New York City and County, General Term.* November 19, 1890.)

Appeal from first district court.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*H. B. Van Trouk,* for appellant.    *W. Lynn,* for respondent.

No opinion. Judgment affirmed, with costs.

---

TODD, Respondent, *v.* BRENICK, Appellant.

(*Common Pleas of New York City and County, General Term.* November 19, 1890.)

Appeal from first district court.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*G. C. Coffin,* for appellant.    *J. H. Patrick,* for respondent.

No opinion. Final order reversed, with costs.

---

BROE, Respondent, *v.* SETAN, Appellant.

(*Common Pleas of New York City and County, General Term.* December 18, 1890.)

Appeal from first district court.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*Glover, Sweezy & Glover,* for appellant.    *I. N. Falk,* for respondent.

No opinion. Judgment reversed, with costs.

---

GARFALO, Respondent, *v.* MOORE, Appellant.

(*Common Pleas of New York City and County, General Term.* December 18, 1890.)

Appeal from ninth district court.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*L. Rindskopf,* for appellant.    *A. L. Sire,* for respondent.

No opinion. Order affirmed, with costs.

---

KOEBER, Respondent, *v.* GOETTING, Appellant.

(*Common Pleas of New York City and County, General Term.* December 18, 1890.)

Appeal from seventh district court.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*H. H. Ritterbusch,* for appellant.    *I. N. Falk,* for respondent.

No opinion. Judgment affirmed, with costs.